# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** : : : : : | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>Judge David R. Herndon |

------------------------------------------------------------

**This Document Relates to:**

*Emesibe v. Bayer HealthCare Pharmaceuticals Inc., et al.,* No.: 3:10-cv-13238-DRH-PMF

**ORDER GRANTING LEAVE TO AMEND**

*Bailey v. Bayer Corp. et al.,* No.: 3:10-cv-11869-DRH-PMF

# ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on motions filed by the Plaintiffs in the above captioned cases for leave to amend their complaints.

**Plaintiff Ann Emesibe** seeks leave to file a First Amended Complaint for the purpose of adding Ocella, Barr Laboratories, Inc., and Teva Pharmaceuticals, USA, Inc., as Defendants (*Emesibe,* 3:10-cv-13238 Doc. 6).

**Plaintiff Sonia Bailey** passed away on October 11, 2010 (*Bailey,* 310-cv-11869 Doc. 8 ¶ 4). As a result, Plaintiff Sonia Bailey's husband, Charles Bailey, has been named administrator of her estate and seeks leave to file a

Second Amended Complaint for the purposes of (1) naming Charles Bailey, individually, and as administrator of the Estate of Sonia Bailey and (2) adding a claim for wrongful death (*Bailey*, 310-cv-11869 Doc. 8 ¶¶ 5-7).

Upon consideration of Plaintiffs' motions the Court finds as follows:

**Plaintiff Ann Emesibe's** motion for leave to file a First Amended Complaint for the purpose of adding Ocella, Barr Laboratories, Inc., and Teva Pharmaceuticals, USA, Inc. is **GRANTED.  FURTHER**, Plaintiff is **DIRECTED** to file the amended complaint **INSTANTER.**

**Plaintiff Sonia Bailey**'s motion for leave to file a Second Amended Complaint for the purposes of (1) naming Charles Bailey, individually, and as administrator of the Estate of Sonia Bailey and (2) adding a claim for wrongful death is **GRANTED.  FURTHER**, Plaintiff is **DIRECTED** to file the amended complaint **INSTANTER.**

      SO ORDERED:

David R. Herndon
2011.02.22 11:57:57
-06'00'

**Chief Judge**
**United States District Court**               DATE:  February 22, 2011